IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-364-D1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| MICHAEL JACOBS | ) | |
| | ) | |

This matter comes before the Court on motion of the United States to seal Exhibit 2, Bureau of Prisons health screening records. For good cause shown, the Court GRANTS the United States' motion to seal until further order of the Court. The Clerk of Court is directed to provide a copy of the sealed document to the United States and Defendant.

SO ORDERED this 11 day of October 2020.

JAMES C. DEVER III
United States District Judge